IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-263 T

(Judge Lawrence M. Baskir)

WALTER S. NEWBERN and SALLY H. NEWBERN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS AND TRANSFER TO THE HONORABLE MARY ELLEN COSTER WILLIAMS

The parties respectfully request that proceedings be suspended in this case pending the Court's final disposition of *John Herda and Margaret Herda et. al. v. U.S.*, Fed. Cl. No. 06-224 T, and that this case be transferred to the Honorable Mary Ellen Coster Williams.

Plaintiffs' counsel has previously informed the Court that this case is indirectly related to (1) *John Herda and Margaret Herda et. al. v. U.S.*, Fed. Cl. No. 06-224 T, (2) *Lawrence S. Lewin and Marion E. Lewin v. U.S.*, Fed. Cl. No. 06-751 T, (3) *Gordon R. Cooke and Jennifer L. Cooke v. U.S.*, Fed.

Cl. No. 06-850 T, (4) *Harold A. Cooper and Ruth Cooper, Deceased v. U.S.*, Fed. Cl. No. 07-107 T, and (5) *Lloyd W. Bailey et. al. v. U.S.*, Fed. Cl. No. 07-204 T. *See Notice* [Doc. #2], Fed. Cl. No. 07-263 T. Plaintiffs in all five cases and this case are represented by attorneys from the same law firm, Redding & Associates, P.C., and the undersigned attorney of record for defendant has appeared on behalf of the United States in all six. The undersigned attorney of record for the United States agrees with much of what plaintiffs stated in their notice and concurs with the assessment that this case is indirectly related to *Herda*, *Lewin*, *Cooke*, *Cooper*, and *Bailey*.

Those five cases were either transferred or assigned to Judge Williams. After the first three cases (*Herda*, *Lewin*, and *Cooke*) were filed, defendant filed a notice of indirectly related cases in *Herda* pursuant to RCFC 40.2(b). *See Notice* [Doc. #13], Fed. Cl. No. 06-224 T. The notice alerted the Court that all three cases presented common issues of law and fact, that, in defendant's view, transfer of the three cases to a single judge would significantly promote the efficient administration of justice, and that plaintiffs' counsel and of counsel agreed that the cases were indirectly related.

Within one month of the filing of defendant's notice, the Court

transferred *Herda* and *Lewin* to Judge Williams, to whom *Cooke* had been assigned originally. Thereafter, when filing both *Cooper* and *Bailey*, plaintiffs submitted a notice of indirectly related cases with their complaint, explaining their view of the indirect relation between each and the earlier cases (including *Herda*, *Lewin*, and *Cooke*) and stating their belief that assignment or transfer to Judge Williams would significantly promote the efficient administration of justice. *Cooper* and *Bailey* were each assigned to Judge Williams. Plaintiffs followed the same approach for this case, but it was not assigned or transferred to Judge Williams.

Upon the parties' motion, Judge Williams has stayed *Lewin*, *Cooke*, *Cooper*, and *Bailey*, pending the final disposition of *Herda*, in which there is currently a summary judgment briefing schedule.

Given the common issues of law and fact (material individual issues of law and fact may also exist) present in *Herda*, *Lewin*, *Cooke*, *Cooper*, *Bailey*, and this case, and in light of the procedural history outlined above, the parties believe the efficient administration of justice would be significantly promoted by suspending this case pending the final disposition of *Herda* and transferring it to Judge Williams.*

---

* After the filing of this suit, plaintiffs filed for bankruptcy protection. Plaintiffs' attorney is considering the ramifications of the bankruptcy for this

Respectfully submitted,

6/25/2007
Date

s/Sallie W. Gladney by s/Bart D. Jeffress

SALLIE W. GLADNEY
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

6/25/2007
Date

s/Bart D. Jeffress

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26, Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims
Section

6/25/2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant

---

proceeding, including whether this proceeding is automatically stayed pursuant to the Bankruptcy Code or whether a trustee must substitute for plaintiffs.