# In the United States Court of Federal Claims

Case No. 07-263T
(Filed: July 9, 2007)

****************************************************
WALTER S. NEWBERN and *
SALLY H. NEWBERN, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

**ORDER**

The Parties in the instant case have filed a joint motion for suspension of proceedings and transfer to the Honorable Mary Ellen Coster Williams. The Parties have informed the Court that the above captioned case is indirectly related to five cases currently before the U.S. Court of Federal Claims. *John Herda and Margaret Herda et. al. v. U.S.*, Fed. Cl. No. 06-224 T, is the earliest filed of those cases.

**We hereby DEFER ruling on the Parties' joint motion to suspend proceedings and transfer the case. The Government shall comply with Paragraph 2 of the Court's Special Procedures Order ("SPO") and file either an Answer or a notice of its intention to proceed by motion no later than August 8, 2007. Thereafter, the Parties shall file a Joint Preliminary Status Report no later than September 24, 2007, pursuant to the SPO. The status report shall detail the issues of law and fact which are common to this case and the cases before Judge Williams and any issues of law or fact which are not common.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge