# In the United States Court of Federal Claims

Case No. 07-263T
(Filed: August 2, 2007)

******************************************************
WALTER S. NEWBERN and *
SALLY H. NEWBERN, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
******************************************************

**ORDER**

Defendant's unopposed **Motion for a 45-day Enlargement of Time** filed August 1, 2007, to file an Answer or Response to the Plaintiffs' Complaint is hereby **GRANTED**. The Defendant's **Answer/Response to Plaintiffs' Complaint** shall be filed no later than **September 22, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge