# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALTER S. NEWBERN and SALLY H. NEWBERN, | § | |
| Plaintiffs | § | |
| v. | § | CIVIL NO. 1:07-CV-00263-LMB |
| | § | JUDGE CHRISTINE O.C. MILLER |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**NOTICE OF PROCEEDING IN BANKRUPTCY**

The plaintiffs hereby notice the Court that the proceedings in this case should be stayed pursuant to the Bankruptcy Code, 11 U.S.C. §362(a)(8), because on May 25, 2007, the plaintiffs, W. Scott Newbern and Sally H. Newbern filed a petition with the United States Bankruptcy Court for the Northern District of Florida (Tallahassee) under 11 U.S.C. Chapter 13, case number 07-40286-LMK, after timely filing the complaint in this Court on April 26, 2007. Copies of the Chapter 13 Voluntary Petition and the United States Bankruptcy Docket Sheet for that case are attached as Exhibits A and B, respectively.

The issues presented in this case are substantively similar to those in the indirectly related cases of *Lewin, et ux. v. United States*, Fed. Cl. No. 06-751, *Cooke, et ux. v. United States*, Fed. Cl. No. 06-850, *Cooper, et ux. v. United States*, Fed.Cl. No. 07-107, and *Bailey, et al v. United States*, Fed. Cl. No. 07-204. As here, the plaintiffs in the listed cases are represented by attorneys with the law firm of Redding & Associates, P.C. The parties are currently attempting to determine which case is best suited to go forward to address the common issues. The stay in this case required under the Bankruptcy Code should not delay the resolution of those common issues.

Counsel for the United States was contacted and represented that the United States does not object to the stay in this case.

Respectfully,

/s/ Sallie W. Gladney

Sallie W. Gladney
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244 Voice
(713) 621-5227 Fax
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax