**DebtEd**

# U.S. Bankruptcy Court
# Northern District of Florida (Tallahassee)
# Bankruptcy Petition #: 07-40286-LMK

*Assigned to:* Judge Lewis M. Killian Jr.
Chapter 13
Voluntary
Asset

*Date Filed:* 05/25/2007

***Debtor***
**Walter Scott Newbern, III**
2982 East Giverny Circle
Tallahassee, FL 32309
SSN: xxx-xx-7020
***dba***
**W. Scott Newbern, P.L.**

represented by **Thomas B. Woodward**
Thomas B. Woodward, Atty.
P.O. Box 10058
Tallahassee, FL 32302
850-222-4818
Fax : 850-561-3456
Email: woodylaw@embarqmail.com

***Joint Debtor***
**Sally Hagen Newbern**
2982 East Giverny Circle
Tallahassee, FL 32309
SSN: xxx-xx-9045

represented by **Thomas B. Woodward**
(See above for address)

***Trustee***
**Leigh D. Hart**
P.O. Box 646
Tallahassee, FL 32302
850-681-2734

***U.S. Trustee***
**United States Trustee**
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301
850-521-5050

| Filing Date | # | Docket Text |
|---|---|---|

EXHIBIT "A"

| | | |
|---|---|---|
| 05/25/2007 | 1 | Chapter 13 Voluntary Petition [ Fee Amount $274] filed by Walter Scott Newbern III, Sally Hagen Newbern 45-day Auto-Dismissal 7/10/2007 Schedule A due 6/11/2007. Schedule B due 6/11/2007. Schedule C due 6/11/2007. Schedule G due 6/11/2007. Schedule H due 6/11/2007. Schedule I due 6/11/2007. Schedule J due 6/11/2007. Summary of schedules due 6/11/2007. Statement of Financial Affairs due 6/11/2007. Atty Disclosure Statement due 6/11/2007.Form 22C-Chapter 13 Current Monthly Income and Disposable Income Due 6/11/2007 Chapter 13 Plan due by 6/11/2007. Incomplete Filings due by 6/11/2007. (Woodward, Thomas) (Entered: 05/25/2007) |
| 05/25/2007 | 2 | Receipt of Voluntary Petition (Chapter 13)(07-40286) [misc,volp13] ( 274.00) filing fee. Receipt number 1108694, amount $ 274.00. (U.S. Treasury) (Entered: 05/25/2007) |
| 05/25/2007 | 3 | Statement of Compliance with Credit Counseling Requirement for Debtor (Credit Counseling Certificate attached or filed separately) filed by Thomas B. Woodward on behalf of Walter Scott Newbern III. (Woodward, Thomas) (Entered: 05/25/2007) |
| 05/25/2007 | 4 | Statement of Compliance with Credit Counseling Requirement for Joint Debtor (Credit Counseling Certificate attached or filed separately) filed by Thomas B. Woodward on behalf of Sally Hagen Newbern. (Woodward, Thomas) (Entered: 05/25/2007) |
| 05/26/2007 | 5 | First Meeting of Creditors with 341(a) meeting to be held on 07/11/2007 at 08:15 AM at Tallahassee (110 E. Park Avenue, Room 004, U.S. Trustee Mtg. Room). Proof of Claim due by 10/09/2007. Confirmation hearing to be set by subsequent notice. (admin, ) (Entered: 05/26/2007) |
| 05/29/2007 | 6 | Notice of Deficient Filing. The following documents were not filed at the time of the filing of petition and are due from the debtor(s): . 45-day Auto-Dismissal 7/10/2007 Employee Income Record Due: 6/11/2007. Incomplete Filings due by 6/11/2007. (Isom, L.) (Entered: 05/29/2007) |
| 05/31/2007 | 7 | BNC Certificate of Mailing - Meeting of Creditors. (Re: 5 Notice of 341 Meeting of Creditors - Chapter 13, ). Service Date 05/31/2007. (Admin.) (Entered: 06/01/2007) |

| | | |
|---|---|---|
| 05/31/2007 | 8 | BNC Certificate of Mailing Re: Clerk's Notice of Deficiency (Re: 6 Notice of Deficiency - Initial, ). Service Date 05/31/2007. (Admin.) (Entered: 06/01/2007) |
| 06/08/2007 | 9 | All remaining schedules and statements filed by Thomas B. Woodward on behalf of Sally Hagen Newbern, Walter Scott Newbern III [Re: 1 Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13)]. (Woodward, Thomas) (Entered: 06/08/2007) |
| 06/08/2007 | 10 | Employee Income Records (Payment Advices) filed by Thomas B. Woodward on behalf of Walter Scott Newbern III [Re: 6 Notice of Deficiency - Initial, ]. (Woodward, Thomas) (Entered: 06/08/2007) |
| 06/08/2007 | 11 | Chapter 13 Plan filed by Joint Debtor Sally Hagen Newbern, Debtor Walter Scott Newbern III (Re: 1 Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13)). (Woodward, Thomas) (Entered: 06/08/2007) |
| 06/08/2007 | 12 | Statement/Certification of No Employment Income filed by Thomas B. Woodward on behalf of Sally Hagen Newbern. (Woodward, Thomas) (Entered: 06/08/2007) |
| 06/11/2007 | 13 | Plan served to all creditors and parties in interest by Court . (Cook, D.) (Entered: 06/11/2007) |
| 06/11/2007 | 14 | Debtor(s) certification that all Federal, State and local tax returns have been filed as required by Section 1308 and 1325(a)(9) of the Bankruptcy Code filed by Thomas B. Woodward on behalf of Sally Hagen Newbern, Walter Scott Newbern III. (Woodward, Thomas) (Entered: 06/11/2007) |
| 06/11/2007 | 15 | Certification of No Domestic Support Obligations filed by Thomas B. Woodward on behalf of Sally Hagen Newbern, Walter Scott Newbern III. (Woodward, Thomas) (Entered: 06/11/2007) |
| 06/11/2007 | 16 | Notice of Adequate Protection Payments to None filed by Joint Debtor Sally Hagen Newbern, Debtor Walter Scott Newbern III (Woodward, Thomas) (Entered: 06/11/2007) |
| 06/13/2007 | 17 | Notice of Confirmation Hearing (Re: 11 Chapter 13 Plan). Confirmation hearing to be held on 8/17/2007 at 10:00 AM at |

| | | |
|---|---|---|
| | | Tallahassee (2nd Floor Courtroom, 110 E. Park Avenue). (Kantor, Martie) (Entered: 06/13/2007) |
| 06/13/2007 | 18 | Chapter 13 Statement of Current Monthly and Disposable Income filed by Thomas B. Woodward on behalf of Sally Hagen Newbern, Walter Scott Newbern III [Re: 1 Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13)]. (Woodward, Thomas) (Entered: 06/13/2007) |
| 06/13/2007 | 19 | BNC Certificate of Mailing - PDF Document. (Re: 13 Chapter 13 Plan (Service by Court)). Service Date 06/13/2007. (Admin.) (Entered: 06/14/2007) |
| 06/15/2007 | 20 | Objection to Debtor's Claim of Exemptions . (Hart, LHGVLPC) (Entered: 06/15/2007) |
| 06/15/2007 | 21 | BNC Certificate of Mailing. (Re: 17 Notice of Hearing - Confirmation) . Service Date 06/15/2007. (Admin.) (Entered: 06/16/2007) |
| 06/18/2007 | 22 | Order Resolving Objection to Debtor(s)' Claim of Exemptions (Re: 20) signed on 6/18/2007. (Cook, D.) (Entered: 06/18/2007) |
| 06/20/2007 | 23 | Motion for Relief from Stay [ Fee Amount $150] filed by Thomas B. Woodward on behalf of Sally Hagen Newbern, Walter Scott Newbern III. (Woodward, Thomas) (Entered: 06/20/2007) |
| 06/20/2007 | 24 | Receipt of Motion for Relief From Stay(07-40286-LMK) [motion,mrlfsty] ( 150.00) filing fee. Receipt number 1125632, amount $ 150.00. (U.S. Treasury) (Entered: 06/20/2007) |
| 06/20/2007 | 25 | BNC Certificate of Mailing. (Re: 22 Order on Objection to Exemptions). Service Date 06/20/2007. (Admin.) (Entered: 06/21/2007) |
| 06/22/2007 | 26 | Trustee's Response and Statement of No Objection *to Debtor(s)' Motion for Relief from Stay* filed by Trustee Leigh D. Hart (Re: 23 Motion for Relief From Stay). (Hart, LHGVLPC) (Entered: 06/22/2007) |
| 06/22/2007 | 27 | Order and Notice of Preliminary Hearing on Motion for Relief from Stay. Preliminary hearing to be held on 7/16/2007 (Re: 23 Motion for Relief From Stay). Responses due by 7/9/2007. (Cook, D.) Additional attachment(s) added on 6/22/2007 (Cook, D.). ENTERED IN ERROR: NOT NOTICED BY NOTICING CENTER. PLEASE REFER TO |

| | | |
|---|---|---|
| | | DOCKET 30. Modified on 6/22/2007 (Cook, D.). Modified on 6/22/2007 (Cook, D.). (Entered: 06/22/2007) |
| 06/22/2007 | 28 | ENTERED IN ERROR BY CA. PLEASE REFER TO DOCKET #30. NOT NOTICED BY NOTICING CENTER. Order and Notice of Preliminary Hearing on Motion for Relief from Stay. Preliminary hearing to be held on 07/16/2007 (Re: 23 Motion for Relief From Stay) . Responses due by 7/9/2007. (Cook, D.) Modified on 6/22/2007 (Cook, D.). Modified on 6/22/2007 (Cook, D.). (Entered: 06/22/2007) |
| 06/22/2007 | 29 | ENTERED IN ERROR BY CA/FORM ORDER NOT WORKING, PLEASE REFER TO DOCKET #30. Order and Notice of Preliminary Hearing on Motion for Relief from Stay. Preliminary hearing to be held on 7/16/07 (Re: 23 Motion for Relief From Stay). Responses due by 7/9/2007. (Cook, D.) Modified on 6/22/2007 (Cook, D.). Modified on 6/22/2007 (Cook, D.). (Entered: 06/22/2007) |
| 06/22/2007 | 30 | Order and Notice of Preliminary Hearing on Motion for Relief from Stay. Preliminary hearing to be held on 07/16/2007 (Re: 23 Motion for Relief From Stay). Responses due by 7/9/2007. (Cook, D.) (Entered: 06/22/2007) |
| 06/22/2007 | 31 | Order Conditionally Determining Debtor's Compliance with Filing Requirements of Section 521(a) and Setting Deadline for Reconsideration signed on 6/22/2007. (Cook, D.) (Entered: 06/22/2007) |
| 06/24/2007 | 32 | BNC Certificate of Mailing. (Re: 31 Conditional Order Determining Compliance with Sec. 521). Service Date 06/24/2007. (Admin.) (Entered: 06/25/2007) |
| 06/24/2007 | 33 | BNC Certificate of Mailing - PDF Document. (Re: 30 Notice of Prelim Hearing (Telephone Conf) on Motion for Relief). Service Date 06/24/2007. (Admin.) (Entered: 06/25/2007) |
| 06/25/2007 | 34 | Based on the objection filed in this case, the confirmation hearing will be rescheduled to a date and time after the claims bar date has passed. Parties will be notified of the rescheduled confirmation hearing by separate notice (Re: 17 Notice of Hearing - Confirmation). (Cook, D.) (Entered: 06/25/2007) |
| 06/25/2007 | 35 | Objection to Confirmation of *Chapter 13* Plan filed by Trustee Leigh D. Hart (Re: 11 Chapter 13 Plan). (Hart, LHGVLPC) (Entered: 06/25/2007) |

| | | |
|---|---|---|
| 06/27/2007 | 36 | BNC Certificate of Mailing. (Re: 34 Notice of Cancellation of Confirmation Hearing, ). Service Date 06/27/2007. (Admin.) (Entered: 06/28/2007) |
| 07/05/2007 | 37 | Notice of Appearance and Request for Notice filed by Creditor National City Mortgage Co. (Valladares, Damian) (Entered: 07/05/2007) |
| 07/05/2007 | 38 | Objection to Confirmation of *Debtor's Chapter 13 Plan* Plan filed by Creditor National City Mortgage Co. (Re: 11 Chapter 13 Plan). (Valladares, Damian) (Entered: 07/05/2007) |
| 07/11/2007 | 39 | Motion to Dismiss Case for Failure to Make Plan Payments . (Hart, LHGVLPC) (Entered: 07/11/2007) |
| 07/12/2007 | 40 | Amended Schedule(s) *J- Current Expenditures* filed by Thomas B. Woodward on behalf of Walter Scott Newbern III. (Woodward, Thomas) (Entered: 07/12/2007) |
| 07/12/2007 | 41 | Amended Document *Means Test* filed by Thomas B. Woodward on behalf of Walter Scott Newbern III [Re: 18 Chapter 13 Statement of Current Monthly and Disposable Income, ]. (Woodward, Thomas) (Entered: 07/12/2007) |
| 07/12/2007 | 42 | Notice of Non-Evidentiary Hearing (Re: 39 Motion to Dismiss Case for Failure to Make Plan Payments). Hearing scheduled on 8/28/2007 at 10:00 AM at Tallahassee (2nd Floor Courtroom, 110 E. Park Avenue). (Kantor, Martie) (Entered: 07/12/2007) |
| 07/13/2007 | 43 | Notice of cancelled hearing. Hearing scheduled for 07/16/2007 is cancelled prior to hearing date (Re: 23 Motion for Relief From Stay) ;Default filed by Thomas B. Woodward. (Isom, L.) (Entered: 07/13/2007) |
| 07/14/2007 | 44 | BNC Certificate of Mailing - Hearing. (Re: 42 Notice of Hearing). Service Date 07/14/2007. (Admin.) (Entered: 07/15/2007) |
| 07/16/2007 | 45 | Order Granting Motion for Relief From Stay (Re: 23) signed on 7/16/2007. (Cook, D.) (Entered: 07/16/2007) |
| 07/16/2007 | 46 | Objection to Claim Number 4 of National City Mortgage with Negative Notice *PARTIAL OBJECTION* filed by Thomas B. Woodward on |

| | | |
|---|---|---|
| | | behalf of Sally Hagen Newbern, Walter Scott Newbern III Responses due by 8/8/2007.. (Woodward, Thomas) (Entered: 07/16/2007) |
| 07/18/2007 | 47 | BNC Certificate of Mailing - PDF Document. (Re: 45 Order on Motion for Relief From Stay). Service Date 07/18/2007. (Admin.) (Entered: 07/19/2007) |
| 07/23/2007 | 48 | Amended Document filed by Thomas B. Woodward on behalf of Sally Hagen Newbern, Walter Scott Newbern III [Re: 46 Objection to Claim (With Negative Notice Language)]. (Woodward, Thomas) (Entered: 07/23/2007) |
| 07/26/2007 | 49 | Application to Employ Coldwell Banker as Realtor filed by Thomas B. Woodward on behalf of Sally Hagen Newbern, Walter Scott Newbern III. (Woodward, Thomas) (Entered: 07/26/2007) |
| 08/01/2007 | 50 | Response to ( Application to Employ) *Application to Employ Realtor* filed by Trustee Leigh D. Hart (Re: 49 Application to Employ). (Hart, LHGVLPC) (Entered: 08/01/2007) |
| 08/02/2007 | 51 | The Motion to Dismiss filed by the Chapter 13 Trustee has been resolved. The Trustee and the Debtor(s) consent to the entry of a Strict Compliance Order filed by Trustee Leigh D. Hart (Hart, LHTLH) (Entered: 08/02/2007) |
| 08/03/2007 | 52 | Order Stipulating Strict Compliance Re: Motion to Dismiss Case for Failure to Make Plan Payments (Re: 39) signed on 8/3/2007. (Cook, D.) (Entered: 08/03/2007) |
| 08/05/2007 | 53 | BNC Certificate of Mailing. (Re: 52 Order on Motion to Dismiss Case for Failure to Make Plan Payments). Service Date 08/05/2007. (Admin.) (Entered: 08/06/2007) |
| 08/10/2007 | 54 | Withdrawal of Document filed by Thomas B. Woodward on behalf of Sally Hagen Newbern, Walter Scott Newbern III [Re: 46 Objection to Claim (With Negative Notice Language)]. (Woodward, Thomas) (Entered: 08/10/2007) |
| 08/13/2007 | 55 | Order Withdrawing Objection to Claim (Re: 46) signed on 8/13/2007. (Cook, D.) (Entered: 08/13/2007) |

| | | |
|---|---|---|
| 08/13/2007 | 56 | Order Granting Application to Employ Allison W. Alexander with Coldwell Banker Residential Real Estate, Inc. (Re: 49) signed on 8/13/2007. (Cook, D.) (Entered: 08/13/2007) |
| 08/15/2007 | 57 | BNC Certificate of Mailing - PDF Document. (Re: 55 Order on Objection to Claim after Negative Notice). Service Date 08/15/2007. (Admin.) (Entered: 08/16/2007) |
| 08/15/2007 | 58 | BNC Certificate of Mailing - PDF Document. (Re: 56 Order on Application to Employ). Service Date 08/15/2007. (Admin.) (Entered: 08/16/2007) |
| 09/13/2007 | 59 | Trustee's memo/notice that 341(a) meeting of creditors was held and concluded (Hart, Leigh) (Entered: 09/13/2007) |
| 09/26/2007 | 60 | Assignment of Claim(s) To eCAST Settlement CorporationPOB 35480Newark NJ 07193-5480 filed by eCAST Settlement Corporation (Becket, Alane) (Entered: 09/26/2007) |
| 09/27/2007 | 61 | Notice of Filing Assignment or Transfer of Claim Other than for Security (Re: 60 Transfer of Claim). Responses due by 10/22/2007. (Cook, D.) (Entered: 09/27/2007) |
| 09/29/2007 | 62 | BNC Certificate of Mailing. (Re: 61 Notice of Assignment of Claim). Service Date 09/29/2007. (Admin.) (Entered: 09/30/2007) |
| 10/15/2007 | 63 | Notice of Continued Confirmation Hearing (Re: 11 Chapter 13 Plan). Confirmation hearing to be held on 11/27/2007 at 10:00 AM at Tallahassee (2nd Floor Courtroom, 110 E. Park Avenue). (Kantor, Martie) (Entered: 10/15/2007) |
| 10/16/2007 | 64 | Objection to Confirmation of *Chapter 13* Plan filed by Trustee Leigh D. Hart (Re: 11 Chapter 13 Plan). (Hart, LHGVLPC) (Entered: 10/16/2007) |
| 10/17/2007 | 65 | BNC Certificate of Mailing. (Re: 63 Notice of Hearing - Confirmation) . Service Date 10/17/2007. (Admin.) (Entered: 10/18/2007) |

Official Form 1 (4/07)

# United States Bankruptcy Court
## Northern District of Florida

## Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Newbern, Walter Scott III** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Newbern, Sally Hagen** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA W. Scott Newbern, P.L.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) **xxx-xx-7020** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) **xxx-xx-9045** |
| Street Address of Debtor (No. and Street, City, and State): **2982 East Giverny Circle Tallahassee, FL** ZIP Code **32309** | Street Address of Joint Debtor (No. and Street, City, and State): **2982 East Giverny Circle Tallahassee, FL** ZIP Code **32309** |
| County of Residence or of the Principal Place of Business: **Leon** | County of Residence or of the Principal Place of Business: **Leon** |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $10,000 | $10,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ |

EXHIBIT "B"

Official Form 1 (4/07) FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Newbern, Walter Scott III** **Newbern, Sally Hagen** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X /s/ Thomas B. Woodward May 25, 2007
Signature of Attorney for Debtor(s) (Date)
**Thomas B. Woodward 0185506**

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)

FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Newbern, Walter Scott III**
**Newbern, Sally Hagen**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Walter Scott Newbern, III
Signature of Debtor Walter Scott Newbern, III

X /s/ Sally Hagen Newbern
Signature of Joint Debtor Sally Hagen Newbern

Telephone Number (If not represented by attorney)

May 25, 2007
Date

### Signature of Attorney

X /s/ Thomas B. Woodward
Signature of Attorney for Debtor(s)

Thomas B. Woodward 0185506
Printed Name of Attorney for Debtor(s)

Thomas B. Woodward
Firm Name

Attorney at Law
P.O. Box 10058
Tallahassee, FL 32302

Address

850-222-4818 Fax: 850-561-3456
Telephone Number

May 25, 2007
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 6D (10/06)

In re **Walter Scott Newbern, III,**
**Sally Hagen Newbern**
, Debtors

Case No. ______________

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-7020 and 59-3564394**<br>**Internal Revenue Service Center**<br>**400 W. Bay Street**<br>**Jacksonville, FL 32231** | | **J** | **1981,1982**<br>**Statutory Lien**<br>**real property/condo**<br>Value $ **175,000.00** | | | | **184,000.00** | **26,121.00** |
| Account No. **4330008019050**<br>**National City Mortgage**<br>**Po Box 1820**<br>**Dayton, OH 45401** | | **J** | **Opened 9/01/83 Last Active 5/02/07**<br>**ConventionalRealEstateMortgage**<br>Value $ **175,000.00** | | | | **17,121.00** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **201,121.00** | **26,121.00** |
| Total (Report on Summary of Schedules) | **201,121.00** | **26,121.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07)

In re **Walter Scott Newbern, III,**
**Sally Hagen Newbern**
Debtors

Case No. ______________________

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Walter Scott Newbern, III,**
**Sally Hagen Newbern**
, Debtors

Case No. ______________________

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-7020 and 59-3564394**<br>**Internal Revenue Service Center**<br>**400 W. Bay Street**<br>**Jacksonville, FL 32231** | | **J** | **1981,1982,2001**<br>**income taxes** | | | | **325,000.00** | **175,000.00**<br>**150,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **325,000.00** | **175,000.00**<br>**150,000.00** |
| Total (Report on Summary of Schedules) | **325,000.00** | **175,000.00**<br>**150,000.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06)

In re **Walter Scott Newbern, III,**
**Sally Hagen Newbern**
Debtors

Case No. ____________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **066030942013384692**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | **J** | **Opened 11/01/76 Last Active 5/01/07**<br>**CreditCard** | | | | **2,978.00** |
| Account No. **7505**<br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | **J** | **Opened 1/01/80 Last Active 5/07/07**<br>**CreditCard** | | | | **10,891.00** |
| Account No. **7112**<br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | **J** | **Opened 5/01/74 Last Active 5/01/07**<br>**CreditCard** | | | | **10,491.00** |
| Account No. **463667600008**<br>**Bmw Bank Of North Amer**<br>**2735 E Parleys Ways Ste**<br>**Salt Lake City, UT 84109** | | **H** | **Opened 7/01/05 Last Active 5/01/07**<br>**CreditCard** | | | | **13,051.00** |

**1** continuation sheets attached

Subtotal (Total of this page) **37,411.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Walter Scott Newbern, III, Sally Hagen Newbern**, Debtors

Case No. ______________

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3000374227**<br>**Bmw Financial Services**<br>**5515 Parkcenter Cir**<br>**Dublin, OH 43017** | | **J** | **Opened 4/01/04 Last Active 5/14/07**<br>**Lease** | | | | **1,764.00** |
| Account No. **407158068900**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | **J** | **Opened 3/01/93 Last Active 5/01/07**<br>**CreditCard** | | | | **14,693.00** |
| Account No. **426650600004**<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | **J** | **Opened 5/01/72 Last Active 5/01/07**<br>**CreditCard** | | | | **525.00** |
| Account No. **7023**<br>**Fia Csna**<br>**Po Box 17054**<br>**Wilmington, DE 19884** | | **J** | **Opened 3/01/77 Last Active 5/01/07**<br>**CreditCard** | | | | **4,890.00** |
| Account No. | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **21,872.00** |
| Total (Report on Summary of Schedules) | **59,283.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Thomas B. Woodward
Thomas B. Woodward
Attorney at Law
P.O. Box 10058
Tallahassee, FL 32302

National City Mortgage
Po Box 1820
Dayton, OH 45401

Walter Scott Newbern, III
Sally Hagen Newbern
2982 East Giverny Circle
Tallahassee, FL 32309

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Bank Of America
Po Box 1598
Norfolk, VA 23501

Bmw Bank Of North Amer
2735 E Parleys Ways Ste
Salt Lake City, UT 84109

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Fia Csna
Po Box 17054
Wilmington, DE 19884

Internal Revenue Service Center
400 W. Bay Street
Jacksonville, FL 32231