# In the United States Court of Federal Claims

Case No. 07-263T
(Filed: October 30, 2007)

| | |
|---|---|
| WALTER S. NEWBERN and SALLY H. NEWBERN, *Plaintiffs,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

In the Plaintiffs' **Notice of Proceeding in Bankruptcy** filed October 19, 2007, they request that this case be STAYED pursuant to Bankruptcy Code, 11 U.S.C. §362(a)(8). The Parties in the instant case have filed a petition on May 25, 2007, with the U.S. Bankruptcy Court for the Northern District of Florida (Tallahassee) under 11 U.S.C. Chapter 13, Case No. 07-40286-LMK. The Defendant does not object to this Stay. **This case is STAYED until further notice as required under the Bankruptcy Code**.

**The Parties shall file a Joint Status Report every 90 days, commencing on January 7, 2008.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge