IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALTER S. NEWBERN and SALLY H. NEWBERN, | § | |
| | § | |
| | § | |
| Plaintiffs | § | |
| | § | No. 07-263T |
| v. | § | |
| | § | JUDGE LAWRENCE M. BASKIR |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated October 30, 2007, the parties file this Joint Status Report. Plaintiffs filed the complaint in this case on April 26, 2007. On October 19, 2007, plaintiffs filed a notice of proceeding in bankruptcy pursuant to 11 U.S.C. §362(a)(8). The Court entered a stay of proceedings in the instant case on October 30, 2007.

With respect to the bankruptcy proceeding, plaintiffs represent the following: On May 25, 2007, plaintiffs filed a petition with the United States Bankruptcy Court for the Northern District of Florida (Tallahassee) under 11 U.S.C. Chapter 13, case number 07-40286-LMK. Plaintiffs filed their First Amended Chapter 13 Plan on December 15, 2007. The First Amended Chapter 13 Plan was "confirmed subject to the resolution of objection of IRS" on December 18, 2007. An order confirming the First Amended Chapter 13

Plan was issued March 14, 2008. That order lifted the automatic stay, but only as to "any property to be surrendered under the plan." On April 21, 2008 Plaintiffs filed a Financial Management Course Certificate, informing the Bankruptcy Court that they had completed the Financial Management Course on April 19, 2008.

Counsel for defendant has consented to the filing of this Joint Status Report by plaintiffs' attorney of record.

Respectfully,

/s/ Sallie W. Gladney

Sallie W. Gladney
Redding & Associates, P.C.
Attorney of Record
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244 Voice
(713) 621-5227 Fax
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax